IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

COMPLAINT UNDER CIVIL RIGHTS ACT 42 U.S.C. § 1983

Action Number: 22cv154
(To be supplied by the Clerk, U.S. District Court)

Please fill out this complaint form completely. The Court needs the information requested in order to assure that your complaint is processed as quickly as possible and that all your claims are addressed. Please print/write legibly or type.

## I.   PARTIES

A.   Plaintiff:

1.   (a) Corie Yates                    (b) 227 261
        (Name)                              (Inmate number)

     (c) 13400 Dille Road
         (Address)

     Upper Marlboro Md, 20772

Plaintiff MUST keep the Clerk of Court notified of any change of address due to transfer or release. If plaintiff fails to keep the Clerk informed of such changes, this action may be dismissed.

Plaintiff is advised that only persons acting under the color of state law are proper defendants under Section 1983. The Commonwealth of Virginia is immune under the Eleventh Amendment. Private parties such as attorneys and other inmates may not be sued under Section 1983. In addition, liability under Section 1983 requires personal action by the defendant that caused you harm. Normally, the Director of the Department of Corrections, wardens, and sheriffs are not liable under Section 1983 when a claim against them rests solely on the fact that they supervise persons who may have violated your rights. In addition, prisons, jails, and departments within an institution are not persons under Section 1983.

B.   Defendant(s):



1.   (a) CPT. DeGreare              (b) Chief, Classification/Monitor Records
        (Name)                              (Title/Job Description)          Branch

     (c) FairFax County (ADC)
         (Address)
         10520 Judicial Drive
         FAIRFAX VA, 22030

2.  (a) _Major, Shabazz_   (b) _Confinement Division/Consult with_
        (Name)                    (Title/Job Description)   _Deputies About_
                                                            _Confinement of_
                                                            _Inmates_

    (c) _10520 Judicial Drive_
        (Address)

        _Fairfax VA, 22030_

3.  (a) _LT. Quesenberry_   (b) _Classification/Evaluate Inmate housing_
        (Name)                    (Title/Job Description)   _status_

    (c) _10520 Judicial Drive_
        (Address)

        _Fairfax VA, 22030_

If there are additional defendants, please list them on a separate sheet of paper. Provide all
identifying information for each defendant named.

Plaintiff MUST provide a physical address for defendant(s) in order for the Court to serve
the complaint. If plaintiff does not provide a physical address for a defendant, that person
may be dismissed as a party to this action.

II.   PREVIOUS LAWSUITS

A.    Have you ever begun other lawsuits in any state or federal court relating
      to your imprisonment?   Yes [ ]   No [✓]

B.    If your answer to "A" is Yes: You must describe any lawsuit, whether currently
      pending or closed, in the space below. If there is more than one lawsuit, you
      must describe each lawsuit on another sheet of paper, using the same outline,
      and attach hereto.

      1.   Parties to previous lawsuit:

           Plaintiff(s)_____

           Defendant(s)_____

           _____

      2.   Court (if federal court, name the district; if state court, name the county):

           _____

      3.   Date lawsuit filed:_____

      4.   Docket number:_____

4. (A) LT. Spindle      (B) Classification/Evaluate
   (C) 10520 Judicial Drive     imate housing status
     fairfax VA 22030

5. (A) LT. Robertson      (B) Confinement/Consult
   (C) 10520 Judicial Drive     with classification on
     fairfax VA 22030      Inmate housing status

6. (A) LT. Meeks      (B) Confinement/consult
   (C) 10520 Judicial DRive     with classification on
     fairfax VA 22030      Inmate housing status

7. (A) P. Leach      (B) ADA Cooridnatoe/
   (C) 10520 Judicial DRive     provides Accomodations
     fairfax VA 22030      for disabled Inmates

8. (A) STacey Kincaid      (B) Head sheriff/over
   (C) 10520 Judicial DRive     see productivity conducted
     fairfax VA 22030      at the jail

9. (A) fairfax County sheriff Dept.
   (C) 10520 Judicial DRive
     fairfax VA 22030

10. (A) LT. Dorsey      (B) grievance cooridnator
   (C) 10520 Judicial DRive
     fairfax VA 22030

5.  Name of Judge to whom case was assigned: _____

_____

6.  Disposition (Was case dismissed?  Appealed?  Is it still pending?  What relief was granted, if any?) :

_____

_____

## III.   GRIEVANCE PROCEDURE

A.  At what institution did the events concerning your current complaint take place:
FAirfax  County   (Adult  Detention  Center)

B.  Does the institution listed in "A" have a grievance procedure?  Yes [ ✓ ]  No [   ]

C.  If your answer to "B" is Yes:

1.  Did you file a grievance based on this complaint?  Yes [ ✓ ]  No [   ]

2.  If so, where and when: Smart communication Kiosk, on 11-12-2021 And 11-15-2021  Reference # 10,254,082 And 10,253,941

3.  What was the result? I was ignored more than 3 times And my open grievance was left pending

4.  Did you appeal?  Yes [ ✓ ]  No [   ]

5.  Result of appeal: was still not answered my grievance Appeal Reference # is 10,465,539 on 12-13-2021

D.  If there was no prison grievance procedure in the institution, did you complain to the prison authorities?  Yes [ ✓ ]  No [   ]

If your answer is Yes, what steps did you take? Talked to a post Deputy, who sent a LT. he said I followed All procedure put in for The grievance

E.  If your answer is No, explain why you did not submit your complaint to the prison authorities:

_____

_____

## IV.   STATEMENT OF THE CLAIM

State here the facts of your case.  Describe how each defendant is involved and how you were harmed
by their action.  Also include the dates, places of events, and constitutional amendments you allege
were violated.

If you intend to allege several related claims, number and set forth each claim in a separate
paragraph.  Attach additional sheets if necessary.

1. The Actions of Defendants denying Accomodations And failing to offer An alternative solution other than placing shackles Around Plaintiff Injured Leg causing Bodily injury And Severe pain were done maliciously. Causing my Civil Rights to be Violated by the Fairfax County Sheriff's Dept. By Deliberate Indifference neglecting, Willingly And Acting Maliciously with blatant disregards to my medical condition, which is causing An Excessive Risk to my Health And Safety. Recently having Surgery done which the surgeons has placed A metal Rod in my leg And in the recovery stage it was hard And still is very difficult to Manuever, which has caused medical staff to Afford me the use of A walker and now cRutches. The restriction imposed upon me which are hand cuff And Shackles when ever im out of the cell. shackles causing Bodily injury And severe pain and were being used And I

was only 2 Days out of surgery. Coming out of the cell multiple times A day to be seen by medical staff Alone. When i Voiced concern About these restrictions they were ignored And i never was supplied A wheelchair.

Where prison officials knew that something was objectivly unusal, And failing to remedy it or take Action they Are infact Deliberate Indifferent thus showing medical Indifference And neglect. which is A Violation of my Eighth Amendment right unnecessary And WAnton infliction of pAin [Constituting cruel And unusal punishment forbidden by the Amendments] Are those without penological Justification.

On 8-22-21, I was Arrested And TRAnsported to the FAirfAx county Hospital for A broken Leg I went under surgery having a metal Rod placed in my Leg which extends from my Knee down to my Ankle

On 8-25-2021, I was transported to the fAirfAx county (ADC) And placed on the medical unit, upon Arrival i was placed on 2 deputy Escort with hand And Leg restraint when ever i'm out of the cell which has made it nearly impossible to wAlk to the nurses station. Thus being only

2 days out of surgery, having to report to the nurses station 3 times a day 9:00 Am, 3:00 pm And At 9:30 pm. Coming out of the cell i was subjected to unusal And strenous Activity placing my hands through the food slot to be Hand cuffed were they Attached this leash similine to A Dogs leash to the Hand cuffs while my hands were through the food slot having to bend over which was extremly un comfortable, then walking in A bend over position As they open the door walking with the door while my hands were through the food slot Hand cuffed Attached to the leash which was tied to the door handle Causing Severe pain to my injured Leg. Once door was open having to lift each leg so the shackles could be placed Around my Ankles Causing Exeessive Amounts of pain And still being tied to the door As they proceeded. Thats when i mentioned to the deputies About the pain And you could see the swelling Around my Leg where the shackles rested. One of my medicatios is for the swelling. So when i voiced this problem And said why must you do this I had a metal Rod just placed in my leg A few days Ago you could see the stitches And swelling And can i have A wheel chair

to Accomodate me. I was Denied and told
that any of my concerns are to be taken up
with the classification sector, You have a
review on 9-16-2021.

On 9-16-2021 A review of my classification
status was conducted by Defendant LT. Spindle
And LT. Robertson both who were made
aware of my injured condition which i explained
Again the pain the shackles were causing, I was
denied any Accomodations for me And continued
with the imposed restrictions whom defendand
CPT. DeGeare Approved. I Appealed which
was denied Also. me being shackled on the
medical unit went on from 8-25-2021 to
9-29-2021 until i was moved to a different
unit where i'm using crutches And they continue
to put shackles on my leg.

On 10-27-2021 I Applied for Another review
which was held by defendant LT. Meek, and
LT. Quesenberry to whom i explained the
extreme risk and pain to my injured Leg
the shackles cause and the difficulty in
my walking. Seeing that i am using crutches
And still have not been Afforded the use
of a wheelchair, I made known that i

have also been Attending physical Therapy
to help the repositioning of my Leg which
Also the therapist has voiced her concerns
About the treatment And placement of the
Shackles As well As the risk. To which i
was maliciously denied in Addition to the
restrictions were upheld which have been
Approved again by Cpt. DeGrare, Eventhough
on both reviews it states i been showing
positive behavior Every since. i entered the
Jail but yet still no change in custody
status.

On 10-27-2021 I filed An Appeal which was
Denied by defendant Major Shabazz letting him
know my Concerns And Asking him to converse
with defendant P. Leach The (ADA) coordinator
About Accomodations for my Disability And
the use of shackles when out of my cell period
And still none were made Thus i Am filing
suits on these named defendants And Also
Stacey Kincaid ( The Head sheriff) And overseer
of operations And policies, The protocols put in
place deliberately Affecting my medical status
And none of the said defendants Attempted to
make Accomodations for my disability

②) Access to the Courts violation claim.

- Interference claim

On 11-12-2021 Reference # 10,233,097, On
11-15-2021 Reference # 10,254,082 And same date
reference # 10,253,941, Via the smart communicate
Kiosk, I was intefered with by prison
official defendant LT Dorsey when trying to
pursue legal action. multiple times I Applied
for A grievance when i was told i didnt
follow procedure so i Applied Again numbering
every step i took to follow procedure once
it was establish that i followed procedure
i was told by LT Dorsey they would reach
out to medical which medical HAD no reason
to be contacted but they knew the situation
about my injury After weeks of waiting
I got no response so i logged in And
commented About the wait and what was
going on, i never was Answered And my
documentation was ignored when i made
A few comments about it. Thus being
denied Access to the courts by LT Dorsey
deliberately blocking the grievance procedure
so i couldn't pursue legal action.

## V.   RELIEF

I understand that in a Section 1983 action the Court cannot change my sentence, release me from custody or restore good time. I understand I should file a petition for a writ of habeas corpus if I desire this type of relief. _C Y_ (please initial)

The plaintiff wants the Court to: (check those remedies you seek)

_✓_ Award money damages in the amount of $ _300,000.00_

_✓_ Grant injunctive relief by _when procedure been followed issue the grievance requested_

_____ Other_____

## VI.   PLACES OF INCARCERATION

Please list the institutions at which you were incarcerated during the last six months. If you were transferred during this period, list the date(s) of transfer. Provide an address for each institution.

_Fairfax County (ADC) inmate # 210 3551 - 10520 Judicial Drive Fairfax VA, 22030_

_Transferred on 12-14-2021 to_

_P.G county correctional center 13400 Dille Rd upper marlboro md 20772_

## VII.   CONSENT

CONSENT TO TRIAL BY A MAGISTRATE JUDGE: The parties are advised of their right, pursuant to 28 U.S.C. § 636(c), to have a U.S. Magistrate Judge preside over a trial, with appeal to the U.S. Court of Appeals for the Fourth Circuit.

**Do you consent to proceed before a U.S. Magistrate Judge:** Yes [ ✓ ] No [   ]. You may consent at any time; however, an early consent is encouraged.

## VIII.   SIGNATURE

If there is more than one plaintiff, each plaintiff must sign for himself or herself.

Signed this _27_ day of _January_, 20_22_.

Plaintiff _Com Yates_

# VERIFICATION

I have read the foregoing complaint and hereby verify that the matters Alleged therein Are true, except to matters alleged on information and belief, And, As to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true And correct.

Executed At upper Malboro, Mayland on 1-27-22

Corie Yates

13400 Dille Rd

upper marlboro md 20772

United States District court
Eastern District of Virginia
Richmond Division

Corie Yates,                          §          Complaint
          Plaintiff                   §
                                      §
   VS.                                §          Civil Action No. _____
                                      §
Stacey Kincaid, Head sheriff          §
of fairfax (ADC)                      §
LT Spindle , LT Robertson             §
LT Meeks, P Leach                     §
LT Dorsey ,LT Quesenberry             §
Major Shabazz, CPT DeHeart            §
All who are Deputies.                 §
Fairfax county Sheriffs Dept          §
Sued individually And in              §
Their official capacities             §
   Defendants                         §

## I. Jurisdiction & Venue

This is A civil Action Authorized by 42 U.S.C
Section 1983 to redress the deprivation, under color
of state Law, of rights secured by the U.S.
Constitution. The court has jurisdiction under 28 U.S.C
Section 1331 And 1343 (A)(3). Plaintiff Yates
Seeks declaratory relief pursuant to 28 U.S.C
Section 2201 And 2202, And injunctive relief
Under 28 U.S.C Section 2283 & 2284 And Rule
65 of the federal Rules of Civil Procedure.

    The Eastern District of Virginia is the
Appropriate Venue under 28 U.S.C section 1391
(b)(2) because it is where the events giving
rise to the claims Arose.

# II. PLAINTIFF

Plaintiff Corie Yates, is And was At All times mentioned herein a prisoner of the fairfax County Adult detention center in Virginia criminal justice. He was currently in confinement At fairfax County Adult detention center until he was transferred to prince George's County corrections, in upper marlboro maryland.

# III. Defendants

Defendant Stacey Kincaid is the head Sheriff At fairfax detention center. She is legally And fully responsible for the daily operations, And for the welfare of all inmates At fairfax JAil.

Defendants CPT. DeGeare, major shabazz LT Quesenberry, LT spindle, LT Robertson, LT meeks, LT Dorsey And P Leach Are All deputies At the fairfax Adult detention center who, At All times mentioned in this complaint held the rank of deputy officer And was Assigned to fairfax (ADC).

Each defendant is sued individually And in their official capacity. At All times mentioned in this complaint each defendant acted under the color of Law.

## IV. Facts

On August 22, 2021, plaintiff Conie Yates was Arrested And Transported to the Fair Fax County Hospital for a broken Leg. Yates went under surgery having A metal Rod placed in his Leg which extends from his knee down to his Ankle.

On August 25, 2021 Yates was Transported to the Fairfax County (ADC) And placed on the medical unit, upon Arrival he was placed on 2 Deputy Escort with hand And Leg restraints when ever out of the cell, which has made it nearly impossible to walk to the nurse's station. Thus being only 2 days out of surgery, having to report to the nurse's station 3 times A day 9:00 Am, 3:00 pm And 9:30 pm. Coming out of the cell Yates was subjected to unusal And strenous Activity, placeing my hand through the food slot to be handcuffed were they Attached this leash similar to A Dog leash to the handcuff's while my hands were through the food slot having to bend over which was extremly uncomfortable, then walking in a bent over position As they open the door, walking with the door while hands were through the food slot handcuffed

Attached to the leash which was still tied to the door handle causing severe pain to his injured leg. Once door was open having to lift each leg so the shackles could be placed around the ankle causing excessive amounts of pain and still being tied to the door as they proceeded. That's when i mentioned to the deputies about the pain and you could see the swelling around my leg where the shackles rested. One of my medications was for swelling. So when i voiced this problem and said why must you do this i had a metal rod just placed in my leg a few days ago you could see the stitches and swelling and can i have a wheelchair to Accomodate me. I was denied and told that any concerns are to be taken up with the classification sector. You have a review on September 16, 2021.

On September 16, 2021, A review of mr Yates classification status was conducted by defendant LT. Spindle an LT Robertson both whom were made aware of Yates injured condition which was explain to them Again by Yates telling them the pain, the shackles were causing. Yates was denied any Accomodation

And continued with the imposed restrictions
whom defendant CPT. DEGeare Approved.
   I appealed which was denied Also. Yates being
shackled on the medical unit went on from
August 25, 2021 to September 24, 2021 until he
was moved to A different unit where he uses
crutches And they continue to put shackles
on his Legs.

On October 27, 2021 Yates Applied for another
review which was held by Defendant
LT Meeks And LT Quesenberry to whom
I explained the extreme risk And pain to
my injured Leg the shackles cause And the
difficulty in my walking. Seeing that i
Am now using crutches And still have not
been Afforded the use of A wheelchair.
I made known that i Also Attend physical
Therapy to help the repositioning of my
leg which also the Therapist has voiced
her concerns About the treatment And
placement of the shackles As well As the
risk. To which i was maliciously denied
in Addition to the restrictions were upheld
which have been Approved Again by
CPT. De Geare. Eventhough on both reviews
it states i been showing positive behavior

Everysince i entered the jail but yet still no change in custody status.

On October 27, 2021 MR Yates filed An Appeal which was denied by Defendant Major shabazz letting him know my concerns And asking him to converse with Defendant P. Leach The (ADA) coordinator About Accomodation for my Disability And the use of shackles when out of my cell period. And still none were made Thus i Am filing Suits on these named defendants And Also STAcey Kincaid (The Head sheriff) And over seer of operations And policies. The protocols put in place deliberately Affecting my medical status And none of the said defendants Attempted to make Accomodations

- Access to the Coorts Violation claim -
On November 15, 2021, Me Yates was interfered with by Prison official Defendant LT Dorsey when trying to pursue legal Action. multiple times I Applied For A grievance first on 11-12-2021 when i was told i didn't follow procedure, So i Applied Again numbering Every step taken to follow procedure once it was established that i followed procedure

I was told by LT Dorsey that they would reach out to medical which medical had no reason to be contacted which they knew of my medical situation the injury to my leg. Once i followed all procedure to obtain a grievance i should have recieved one my complaint was for the shackles being placed on my leg nothing dealing with medical. After weeks of waiting I got no response, so i logged in and commented about the wait and what was going on doing this on two different occasion via the smart communications kiosks were all documentsthen must be gathered from on 11-12-2021 Reference # 10,233,097. On 11-15-2021 Reference# 10,254,082 and Reference# 10,253,941. I never was answered and my documentation was ignored when i made a few comments about it. Thus being denied access to the courts by LT Dorsey deliberately blocking the grievance procedure so i couldn't pursue legal action.

## V. Medical Care

While suffering pain to my injured leg and swelling from shackles and requesting

Accomodation to support my medical situation
All defendants refused to assist the plaintiff,
or to seek medical intervention and care.

## VI. Exhaustion of Administrative Remedies

The plaintiff has exhusted his Adiministative
remedies with respect to all claims and all
defendants. Copios of such could be collected
via the smart communication kiosk at fairfax
County (ADC). ① 11/12/2021 - Reference #10,233,097
② 11/15/2021 - Reference # 10,254,082
③ 11/15/2021 - Reference # 10,253,941 ④ 12/8/2021
Reference # 10,421,237  ⑤ 12/13/2021 Reference #
10,465,539.

## VII. Claims For Relief

The Actions of Defendants in this suit, is
denying and failing to remedy a medical
situation which they knew was objectivly
unusal failing to take action they are in fact
Deliberate Indifferent thus showing medical
Indifference and neglect and not Accomodating
An inmates medical condition, were done
sadistically and maliciously and constitued
cruel and unusual punishment in violation
of the Eigth Amendment of the U.S.
Constitution.

# VIII Relief Requested

Wherefore, plaintiff requests that the court grant the following relief:

A. Issue a declaratory judgement stating that:
1. The action of the defendants, violated the plaintiffs rights under the Eighth Amendment of the United States Constitution.

B. Issue an injunction ordering the Fairfax County Adult Detention Center to:
1. put in place better measures and ways for an inmate to recieve and actually get a grievance

C. Award compensatory damages in the following amounts:
1. $100,000 jointly and severally against defendants Stacey Kincaid, CPT DeGeare, LT Quesonberry, LT Spindle LT Robertson, LT Meeks, P Leach, LT Dorsey, Major Shabazz and Fairfax County Sheriffs Dept, for medical indifference and neglect and Deliberate Indifference

D. Award punitive damages in the following amounts:
1. $20,000 each against all defendants

F. Grant such other relief as it may appear plaintiff is entitled.

27, January, 2022

Respectfully Submitted,

Corie Yates

13400 Dille Rd

Upper Marlboro md 20772

# Verification

I have read the foregoing complaint and hereby
verify that the matters alleged therein
are true, except to matters alleged on
information and belief, and, as to those,
I believe them to be true. I certify under
penalty of perjury that the foregoing is
true and correct.

Executed at Upper Malboro, Mayland on 1-27-2022

Corie Yates
13400 Dille Rd
Upper marlboro md 20772